WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jarrett Ben Willie,<br><br>    Defendant. | CR15-08172-001-PCT-DMF<br><br>**ORDER** |

The defendant appeared in open court and admitted to violating his conditions of supervised released as alleged in Paragraph A of the Petition to Revoke Supervised Release. The Court accepts the plea agreement submitted by the parties. Therefore,

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **ONE HUNDRED SIXTY (160) DAYS**, in addition to any time previously served, with no supervised release to follow.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail or a facility as close as possible to Northern Arizona so that his family in Northern Arizona may be able to visit him.

1  Dated this 21st day of April, 2016.

_____
Honorable Deborah M. Fine
United States Magistrate Judge